UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAWN LUI,

                Plaintiff,

  v.

LOUIS DEJOY,

                Defendant.

Case No. C21-5030 BHS-TLF

ORDER SETTING PRETRIAL SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b), Local Civil Rule LCR 16(b), and the parties' Joint Status Report (Dkt. 10), the Court establishes the following schedule:

| Event | Date |
|---|---|
| Deadline to Join Additional Parties | June 1, 2021 |
| Deadline to Amend Pleadings | June 1, 2021 |
| Disclosure of Plaintiff's Expert Witnesses' Reports | April 29, 2022 |
| Disclosure of Defendant's Expert Witnesses' Reports | May 27, 2022 |
| Disclosure of Rebuttal Expert Witnesses' Reports | June 24, 2022 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting date:<br><br>July 22, 2022 |
| Discovery completed by | July 29, 2022 |
| Last Date to File and Serve Dispositive Motions | September 2, 2022 |

ORDER SETTING PRETRIAL SCHEDULE - 1

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

Trial Date

A trial date will be set by the assigned District Judge, the Honorable Benjamin H. Settle, if the case has not been resolved by the dispositive motion deadline.

Dispositive Motions

Any dispositive motion shall be filed and served on or before **September 2, 2022**. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no earlier than the fourth Friday following filing and service of the motion. LCR 7(d)(3).

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

ORDER SETTING PRETRIAL SCHEDULE - 2

Privacy Policy

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth: redact to the year of birth
- Names of Minor Children: redact to the initials
- Social Security Numbers and Taxpayer Identification Number: redact in their entirety
- Financial Accounting Information: redact to the last four digits
- Passport Numbers and Driver License Numbers: redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

Cooperation and Settlement

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

A settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

Should this case settle, counsel shall notify Judicial Law Clerk Miguel Mendez-Pintado at Miguel_Mendez-Pintado@wawd.uscourts.gov or (253) 882-3894 as soon as

ORDER SETTING PRETRIAL SCHEDULE - 3

possible. Pursuant to LCR 11(b), an attorney who fails to give prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

<u>Proof of Service and Sanctions</u>

All motions, pretrial statements and other filings shall be accompanied by proof that such documents have been served upon counsel for the opposing party or upon any party acting *pro se*. The proof of service shall show the day and manner of service and may be by written acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of the person who served the papers, or by any other proof satisfactory to the Court. Failure to comply with the provisions of the Order can result in dismissal/default judgment or other appropriate sanctions.

The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 28th day of April, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 4