The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN LUI,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS TULINO, Acting Postmaster General of the United States Postal Service,[1]<br><br>Defendant. | CASE NO. 3:21-cv-05030-BHS<br><br>DEFENDANT'S STATUS REPORT RE: DKT. 92 |

Pursuant to this Court's Minute Order, Dkt. 92, the Defendant[2] files this status report regarding the status of settlement. The parties have negotiated settlement in good faith and Defendant notifies the Court that the parties have been unable to reach agreement. The Defendant therefore anticipates proceeding with a jury trial in this matter on Febuary 16, 2027 per Dkt. 92.

//

//

[1] Under Federal Rule of Civil Procedure 25(d), Acting Postmaster General Douglas Tulino is automatically substituted in place of Louis DeJoy.

[2] Defendant contact Plaintiff's counsel on November 3, 2026, and twice on November 4, 2026, attempting to file this as a joint status report but did not receive a response.



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 4th day of November, 2026.

Respectfully submitted,

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX. 24095373

*s/ S. Nicole Nardone*
S. NICOLE NARDONE, DCBN 471871
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: alixandria.morris@usdoj.gov
Email: nicole.nardone@usdoj.gov

*Attorneys for Defendant*